APR-28-2006 08:45      US ATTORNEY                                    212 637 2429       P.02



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 28, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/06
```

**BY FAX**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Douglas Shyne et al.</u>
             S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

    On April 26, 2006, a grand jury returned a fourth Superseding Indictment in the above-captioned case, filed under seal. Timothy Montgomery, the additional defendant named in that Indictment, was arrested at approximately 8:30 a.m. on April 28, 2006. Accordingly, the Government respectfully requests that the fourth Superseding Indictment be unsealed.

                      Respectfully submitted,
                      MICHAEL J. GARCIA
                      United States Attorney
                      Southern District of New York

        By: _____
                      E. Danya Perry
                      Assistant United States Attorney
                      (212) 637-2434

SO ORDERED:

_____
The Honorable Kenneth M. Karas
United States District Judge
Dated: April 28, 2006

4/28/06

TOTAL P.02