UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Douglas Shyne
Natasha Singh
Nathaniel Shyne
Toybe Bennett
Roberto Montgomery
Naresh Pitambar
Jason Watler
Steven Riddick
Nathaniel Alexander
Timothy Montgomery
                Defendants.

Case No. 05 CR 1067 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **July 11, 2006 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    June 21, 2006
             New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/06