UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/07

**United States of America,**

-v-

**Shyne, et al,**

**Defendants.**

Case No. 05-cr-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Clerk of the Court is directed to terminate motions #158, 159, 160, 161, 163, 164 & 165 which have previously been ruled on by this Court on the record.

SO ORDERED.

Dated: May 31, 2007
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE