UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America**<br><br>-v-<br><br>**Toybe Bennett, Defendant # 5**<br>**Jason Watler, Defendant #9**<br><br>**Defendants.** | 05-CR-1067 (KMK)<br><br>ORDER SETTING<br>SENTENCE DATE |

KENNETH M. KARAS, District Judge:

      IT IS HEREBY ORDERED that the above-named defendants appear with counsel on Wednesday, July 11, 2007 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

      Defendants' pre-sentence memoranda are to be received in Chambers not later than 5pm on June 27. Government's reply, if any, is to be received in Chambers not later than 5pm on July 6.

Dated: June 15, 2007
      New York, New York

KENNETH M. KARAS
U.S. DISTRICT JUDGE

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.