UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America

-v-

Toybe Bennett,
          Defendant # 5

05-CR-1067 (KMK)

AMENDED
ORDER SETTING
SENTENCE DATE

KENNETH M. KARAS, District Judge:

    IT IS HEREBY ORDERED that the above-named defendants appear with counsel on Thursday, July 19, 2007 at 9:30am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

    Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on July 10. Government's reply, if any, is to be received in Chambers not later than 5pm on July 13.

Dated: July 10, 2007
      New York, New York

KENNETH M. KARAS
U.S. DISTRICT JUDGE

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.