UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

**United States of America**

-v-

**Toybe Bennett,**
        **Defendant.**

Case No.
05 -CR-1067-5 (KMK)

AMENDED ORDER
SETTING SENTENCE DATE

<u>KENNETH M. KARAS, District Judge</u>:

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on September 25, 2007 at 11am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

Dated: July 17, 2007
      New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

<u>Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.</u>