# JOB INVOICE

*jcb at Massimo Bldg*

**TO:** First Lending Mortgage Co
**ADDRESS:** Hillside Avenue, New York
**ATTENTION:** Winston Shillingford

**DATE ORDERED:** 11/16/04
**ORDER TAKEN BY:** Chris (George)
**PHONE NO:**
**CUSTOMER ORDER #:**
**JOB LOCATION:** 347-348-0033 Billing
**JOB PHONE:**
**STARTING DATE:** 11/16/04
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

*Paid in Full by Check (Company Ck)*

**MISCELLANEOUS CHARGES**
Enclosed in total price

**LABOR / HOURS / RATE / AMOUNT**
Total price various

**WORK ORDERED BY:** Winston Shillingford
**DATE ORDERED:** 11/16/04
**DATE COMPLETED:** 3/16/05

**CUSTOMER APPROVAL SIGNATURE:**
**AUTHORIZED SIGNATURE:**

**TOTAL LABOR:** $67,400.00
**TOTAL MATERIALS:**
**TOTAL MISCELLANEOUS:**
**SUBTOTAL:**
**TAX:**
**GRAND TOTAL:** $67,400.00

adams NC2817
MADE IN USA

**JOB INVOICE**

GOVERNMENT EXHIBIT 402 06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Monaee |
| | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: 5A5416 |
| | JOB LOCATION: 804-343-0093 12/11/04 |
| | JOB PHONE: |
| | STARTING DATE: 11/27/04 |
| ATTENTION: Paid in Full (Company) | TERMS: 6 months |

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | business Super Market Credit Services w/employees (total * 95 people) | | $15,000.00 |
| 5 | locations R+S Stores Credit Services with managers and employees total # 150 Clients | | $60,000* |
| 15 | Personal Files for Credit Services the Owner of above Companies | | $85,000.00 |
| * | Order Total | | $160,000.00 |

**DESCRIPTION OF WORK:** Repair Credit reports Personal and business (help to Est new credit for business + Personal

**MISCELLANEOUS CHARGES:** *Ck's Cashed*

**LABOR:** Flat Rates for commercial accounts

| WORK ORDERED BY: Monaee (C. Owens) | TOTAL LABOR: 160,000 |
|---|---|
| DATE ORDERED: 11/27/04 | TOTAL MATERIALS: |
| DATE COMPLETED: 5/27/05 | TOTAL MISCELLANEOUS: |
| CUSTOMER APPROVAL SIGNATURE: | SUBTOTAL: |
| AUTHORIZED SIGNATURE: | TAX: |
| | GRAND TOTAL: 160,000 |

JOB INVOICE

Adams NC2817
MADE IN USA