USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# MEMO ENDORSED

MR. TOYBE BENNETT
REG. NO:34968-083
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
CUMBERLAND, MARYLAND 21501-1000

JUNE 26, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

500 Pearl Street
New York, New York 10007-1312

Honorable District Judge:

Kenneth M. Karas

RE: United States V. Toybe Bennett, Case No:S4-05-CR-1067

Dear Judge Karas;

    I am writing to inquiry about Jail Time Credit that was never account to me, I was detaine in July 22, 2005 for a violation of my probation my sentence was (8) eight months on July 28, 2005 the Honorable Judge MORANO VICTOR, SENTENCE me on September 1, 2005, which I was indicted by the U.S. Government the Judgement and comitment order was never obey by the BOP system the point is I never left federal custody in New York Southern District.

    Now the jail credit started 3/22/06 thu 11/04/07, which is false the information by the BOP, here at F.C.I./Cumberland I need you to address this issue and correct D.S.S.C. Delbert G. Sauers, Chief], Grand Prairie, Texas I would appreciate if you took timeout of your busy schedule to clarify this issue for me by addressing it to Grand Prairie also F.C.I./Cumberland, Md. 21501.

    Please provide this information to them by sending a Judgement and Comitment order also correction on my jail time credit proper information adhere the situation of the BOP and ask/request this on my behalf if you please.

   Honorable Judge Karas, I am still in confusion of my destination as I recall that I am to be place closer to home, which is Arizona my family is there well my concern is small but I need help the BOP F.C.I./ Cumberland, Md. are not explain to me the rescinded to the fact of my destination closer to home.

   I would greatly appreciate this courts and Judge Karas assistance in this endeavor. If you have any addidtional comments and/or questions please do not hesitate to contact me immediately.

Thank You for your time Sir'

Sincerely Yours,

*[signature]*

Mr. Toybe Bennett
Reg. No:34968-083
Federal Correctional Inst.
P.O. Box 1000
Cumberland, Maryland 21501

*The Government is to respond to this letter by July 22, 2008.*

SO ORDERED,
*[signature]*
KENNETH M. KARAS U.S.D.J.
7/8/08

```
 CUMA1  540*23 *           SENTENCE MONITORING           *    05-22-2008
 PAGE 001        *           COMPUTATION DATA            *    11:54:46
                            AS OF 05-22-2008

REGNO..: 34968-083 NAME: BENNETT, TOYBE


FBI NO..........: 144789HB1          DATE OF BIRTH: 01-12-1975
ARS1............: CUM/A-DES
UNIT............: UNIT A             QUARTERS.....: A01-118U
DETAINERS.......: YES                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 10-21-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-21-2011 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 050 -----------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: S405CR1067
JUDGE...........................: KARAS
DATE SENTENCED/PROBATION IMPOSED: 11-05-2007
DATE COMMITTED..................: 04-28-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:  $300.00         $00.00            $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  153
OFF/CHG: 18:1349 CONSPIRACY TO COMMIT BAN FRAUD;18:1956(H) CONSPIRACY
         TO LAUNDER FUNDS;18:371 CONSPIRACY TO STEAL GOODS

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    70 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 11-30-2004




G0002       MORE PAGES TO FOLLOW . . .
```



```
 CUMA1  540*23 *          SENTENCE MONITORING          *    05-22-2008
PAGE 002        *           COMPUTATION DATA           *    11:54:46
                            AS OF 05-22-2008

REGNO..: 34968-083 NAME: BENNETT, TOYBE


------------------------CURRENT COMPUTATION NO: 050 -------------------------

COMPUTATION 050 WAS LAST UPDATED ON 04-08-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-24-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 050 010

DATE COMPUTATION BEGAN..........: 11-05-2007
TOTAL TERM IN EFFECT............:     70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      5 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 11-30-2004

JAIL CREDIT.....................:     FROM DATE    THRU DATE
                                      03-22-2006   11-04-2007

TOTAL PRIOR CREDIT TIME.........: 593
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 274
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 04-21-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-20-2012


PROJECTED SATISFACTION DATE.....: 04-21-2011
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 04-08-08: INITIAL SENT COMP ENTERED BY DSCC. FJH/D




G0002       MORE PAGES TO FOLLOW . . .
```